UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALCOLM WASHINGTON | CIVIL ACTION |
| VERSUS | NO: 18-5744 |
| STATE OF LOUISIANA | SECTION: "J"(4) |

**ORDER**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby **OVERRULES** Petitioner Washington's objections and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion herein. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Malcolm Washington is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of December, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE